UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE HOME BINGO NETWORK,

                      Plaintiff,

      v.                                      1:05-cv-0608

MULTIMEDIA GAMES, INC., and
MIAMI TRIBE OF OKLAHOMA BUSINESS
DEVELOPMENT AUTHORITY,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      Defendants Ronald Harris, Robert Manz, and Nelson Johnson have moved to dismiss this action pursuant to Fed. R. Civ. P. 12 on the grounds of lack of personal jurisdiction, improper venue , and sovereign immunity.  In response, Plaintiff submitted a notice of voluntary dismissal against these three Defendants.  Because Plaintiff consents to dismissal as to these Defendants, it is hereby Ordered that the Complaint be dismissed as to Defendants Ronald Harris, Robert Manz, and Nelson Johnson only.

IT IS SO ORDERED.

Dated: February 23, 2006

                                                     Thomas J. McAvoy
                                                     Senior, U.S. District Judge